Judge: Paul B. Snyder
Chapter 13
Ex Parte

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASINGTON
### TACOMA DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 08-44911 |
| | ) | Chapter 13 |
| STEPHEN and LORRY NELSON, | ) | |
| Debtors. | ) | |
| | ) | Adversary No. 09-04095 |
| STEPHEN and LORRY NELSON, husband and wife, and the marital community composed thereof. | ) ) ) | DEFAULT JUDGMENT |
| Plaintiff(s), | ) | |
| vs. | ) | |
| TERWIN ADVISORS, LLC, SPECIALIZED LOAN SERVICING, LLC, their successors or assignees/assigns in interest. | ) ) ) | |
| Defendants(s). | ) | |

The Court having found the Defendants, TERWIN ADVISORS, LLC and SPECIALIZED LOAN SERVICING, their successors or assignees/assigns in interest, to be in default in the above entitled action and for good cause shown enters the following Default Judgment regarding the residential real property at issue, 125 S. 64th Street, Tacoma, Washington 98408, and legally described as follows:

BEGINNING AT THE INTERSECTION OF THE EAST LINE OF PACIFIC AVENE WITH THE NORTH LINE OF SOUTH 64TH STREET, IN THE CITY OF TACOMA, IN THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 21

DEFAULT JUDGMENT

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900

TOWNSHIP 20 NORTH, RANGE 3 EAST OF THE W.M., IN PIERCE COUNTY, WASHINGTION; THENCE RUNNING EAST ON SAID NORTH LINE OF 64TH STREET 185 FEET TO THE TRUE POINT OF BEGINNING; THEN CONTINUING EAST ON THE SAME COURSE 65 FEET; THENCE NORTH PARALLEL TO SAID EAST LINE OF PACIFIC AVENUE, 91.65 FEET; THENCE WEST 65 FEET; THENCE SOUTH 91.65 FEET TO THE TRUE POINT OF BEGINNING. SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON.

Unless the Debtors' bankruptcy case is dismissed: (PS)

1. The claim of TERWIN ADVISORS, LLC, SPECIALIZED LOAN SERVICING, their successors or assignees/assigns in interest, is an unsecured, non-priority dischargeable debt.

2. TERWIN ADVISORS, LLC, SPECIALIZED LOAN SERVICING, LLC, their successors or assignees/assigns in interest, lien on the property is avoided and shall be held for naught.

3. ~~TERWIN ADVISORS, LLC, SPECIALIZED LOAN SERVICING, LLC, their successors or assignees/assigns in interest, shall immediately, fully re-convey its deed of trust to the Plaintiffs.~~ (PS)

4. TERWIN ADVISORS, LLC, SPECIALIZED LOAN SERVICING, LLC, their successors or assignees/assigns in interest, shall amend their claim to comply with the court's order.

Dated this __4__ day of __August__, 2009

*Paul B. Snyder*

The Honorable Paul B. Snyder
Judge, United States Bankruptcy Court

Presented by:

/s/ Kenneth E. Rossback
Kenneth E. Rossback, WSBA #19560
Attorney for Plaintiffs

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900

DEFAULT JUDGMENT